MARCH 23, 2015

75,987-04

ABEL ACOSTA
COURT CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

RE: CORRECTIONS TO ADDRESS CHANGE.

DEAR MR. ACOSTA,

I MADE A MISTAKE ON MY ADDRESS CHANGE, IT'S NOT HWY 201, IT'S HWY 202.

MAILING ADDRESS:

REVAT R. VARA
I.D. 1430165
GARZA WEST UNIT
4250 HWY 202
BEEVILLE, TEXAS 78102

PLEASE NOTIFY UPON RECIEPT TO CORRECTIONS, OF ADDRESS CHANGE.

RESPECTFULLY,
REVAT R. VARA